NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

James E. Blatt (56571)
16501 Ventura Blvd., Suite 400
Encino, CA 91436
(310) 385-8066

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-CR-00146-GW |
| v. | |
| Leo Grillo | |
| | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Leo Grillo
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Michael B. Kaufman _____ by order dated: 3/4/2026

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge Audero _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Mr. Grillo respectfully requests that the Court set a bail to be fully justified with a property bond pledged by Mr. Grillo. The proffered real estate has $965,000 worth of equity. Mr. Grillo requests release under strict conditions through pretrial supervision, including home confinement and location monitoring. See DEENDANT GRILLO'S MOTION TO BE ADMITTED BAIL PENDING TRIAL PURSUANT 18 U.S.C. 3142 ET SEQ.; EXHIBITS attached hereto.

Counsel for the defendant and plaintiff United States Government consulted on July 15, 2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on July 15, 2026 _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

July 16, 2026
Date

Leo Grillo
Moving Party

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)