TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
Chief, Major Crimes Section
HAOXIAOHAN H. CAI (Cal. Bar No. 331131)
Major Frauds Section
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:      (213) 894-6495/0762
Facsimile:      (213) 894-0141
E-mail:         kevin.butler2@usdoj.gov
                haoxiaohan.cai@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 26-146-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF KEVIN J. BUTLER |
| v. | |
| LEO GRILLO, | |
| Defendant. | |

The government applies ex parte for an order directing that the Government's Opposition to Defendant Leo Grillo's Motion for Bail Pending Trial, the supporting declaration of Kevin J. Butler, and Exhibits A-E attached thereto, be kept under seal until further order of the Court.

//

//

This ex parte application is based on the attached declaration of Kevin J. Butler, and the records and files in this case, and attachments thereto.

Dated: July 27, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division


_____/s/_____
HAOXIAOHAN H. CAI
KEVIN J. BUTLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF KEVIN J. BUTLER**

I, Kevin J. Butler, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in this matter, in which the government has intends to file, under seal, its Opposition to Defendant Leo Grillo's Motion for Bail Pending Trial (hereinafter "Opposition"), and my supporting declaration to the Opposition, with attachments A, B1, B2, B3, B4, C, D, and E.

2.    The Opposition discusses and cites to materials involving the use of a government informant and recordings made using the government's informant, the latter of which were produced subject to the Protective Order in this case (Dkt. 17.)  Disclosure of that investigation to the suspects could result in further attempted witness tampering or intimidation.  The memorandum also discusses and attaches defendant's medical records at the U.S. Bureau of Prisons, which contains sensitive medical material.

3.    Accordingly, the government requests that the government's Opposition, my declaration in support of that Opposition, be kept under seal until further order of the Court.

4.    On July 27, 2026, the government contacted defense counsel, Mr. James Blatt and Ms. Rachel Nimoy, about the government's request to file under seal.  They indicated they had no opposition to this request.

5.    Concurrent with the government's submission of the under seal documents to chambers, the government will also provide a copy to defense counsel, so that they receive service of the same.

//

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 27, 2026.

/s/

KEVIN J. BUTLER

**CERTIFICATE OF SERVICE**

I, Ethan Thomas, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

GOVERNMENT'S OPPOSITION TO DEFENDANT LEO GRILLO'S MOTION FOR BAIL PENDING TRIAL; DECLARATION OF KEVIN. J. BUTLER (EXHIBITS A-E)

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ Via email, as follows:
    rnimoy@jamesblatt.com
    j.blatt@jamesblatt.com

☐ By Federal Express, as follows:

This Certificate is executed on July 27, 2026 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Ethan Thomas*
_____
Ethan Thomas
Legal Administrative Specialist