Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Leo Grillo,<br><br>DEFENDANT. | CASE NUMBER<br><br>2:26-cr-00146-GW-1 |
| | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge ______

☑ Magistrate Judge Michael B. Kaufman

on 10/01/2026 at 10:00 ☑ a.m. ☐ p.m.

in courtroom Roybal 550.

☐ is not approved.

☐ Other: ______

An interpreter is ☐ required ☑ is not required. Language ______
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| 09/17/2026 | J. Muñoz | 213/894-1831 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation ☐ Interpreter's Office ☑ PSA.