TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
Chief, Major Crimes Section
HAOXIAOHAN H. CAI (Cal. Bar No. 331131)
Major Frauds Section
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6495/0762
Facsimile: (213) 894-0141
E-mail: kevin.butler2@usdoj.gov
haoxiaohan.cai@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO GRILLO,<br>Defendant. | No. CR 26-146-GW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF KEVIN J. BUTLER |

The government applies ex parte for an order directing that the Government's Opposition to Defendant Leo Grillo's Renewed Motion for Bail Pending Trial (Dkt. 34), the supporting declaration of Kevin J. Butler, and Exhibits F and G attached thereto, be kept under seal until further order of the Court.

//

//

This ex parte application is based on the attached declaration of Kevin J. Butler, and the records and files in this case, and attachments thereto.

Dated: September 30, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/

HAOXIAOHAN H. CAI
KEVIN J. BUTLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF KEVIN J. BUTLER**

I, Kevin J. Butler, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this matter, in which the government has intends to file, under seal, its Opposition to Defendant Leo Grillo's Renewed Motion for Bail Pending Trial (hereinafter "Renewed Opposition"), and my supporting declaration to the Renewed Opposition, with attachments F and G.

2. The Renewed Opposition discusses and cites to materials involving the use of a government informant and recordings made using the government's informant, the latter of which were produced subject to the Protective Order in this case (Dkt. 17.) Disclosure of that investigation to the suspects could result in further attempted witness tampering or intimidation. The memorandum also discusses and attaches defendant's medical records at the U.S. Bureau of Prisons, which contains sensitive medical material.

3. Accordingly, the government requests that the government's Renewed Opposition, my declaration in support of that Renewed Opposition, be kept under seal until further order of the Court.

4. On September 28, 2026, the government contacted defense counsel, Mr. James Blatt and Ms. Rachel Nimoy, about the government's request to file under seal. They indicated they had no opposition to this request.

5. Concurrent with the government's submission of the under seal documents to chambers, the government will also provide a copy to defense counsel, so that they receive service of the same.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 30, 2026.

/s/
KEVIN J. BUTLER