TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
Chief, Major Crimes Section
HAOXIAOHAN H. CAI (Cal. Bar No. 331131)
Major Frauds Section
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6495/0762
Facsimile: (213) 894-0141
E-mail: kevin.butler2@usdoj.gov
haoxiaohan.cai@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEO GRILLO,<br>Defendants. | No. CR 26-146-GW<br><br>[PROPOSED] ORDER SEALING DOCUMENTS |

For good cause shown, IT IS HEREBY ORDERED that the Government's Opposition to Defendant Leo Grillo's Renewed Motion for Bail Pending Trial, the declaration of Assistant United States Attorney Kevin J. Butler in support thereof, and Exhibits F and G, thereto, shall be kept under seal until further order of the Court.

______________________ DATE

______________________ HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The Clerk is instructed to destroy the chambers copy of the documents the government requested to be filed under seal.

IT IS SO ORDERED.

DATE

HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
KEVIN J. BUTLER
Assistant United States Attorney